1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

| | |
|---|---|
| PARAGON HOMES, LLC, ) | Case No. 2:15-cv-02157-RCJ-NJK |
| Plaintiff(s), ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| ASCENT HOME LOANS, INC., et al., ) | |
| ) | (Docket No. 14) |
| Defendant(s). ) | |

16        Pending before the Court is Ocwen Loan Servicing's filing of a notice of the Rule 26(f)

17   conference.  Docket No. 14.  Pursuant to Local Rule 26-8, discovery-related documents are not to be

18   filed unless ordered by the Court.  No such order has been entered by the Court in this case.  Because

19   the above document was filed in violation of Local Rule 26-8, it shall be **STRICKEN** by the Clerk.

20        The Court **ORDERS** the parties and counsel to cease filing discovery documents on the docket

21   as required by Local Rule 26-8.  Failure to abide by this order and Local Rule 26-8 may result in

22   sanctions pursuant to, *inter alia*, Local Rule IA 4-1; F.R.C.P. 16(f).

23        IT IS SO ORDERED.

24        DATED: January 11, 2016

25

26   _____
     NANCY J. KOPPE
     United States Magistrate Judge

27
28